UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARLOS A. RIVAS, <br> *Plaintiff* <br> <br> v. <br> <br> AUSTIN GELATO PARTNERS, LLC <br> AND MATTHEW MENZIES LEE, <br> *Defendants* | § § § § § § § § § | Case No. 1:22-CV-01099-SH |

**O R D E R**

Pursuant to the parties' consent to trial before this Court, this case has been transferred to the undersigned Magistrate Judge.

The parties, or counsel acting on their behalf, are **ORDERED** to appear before this Court for an initial pretrial conference **by telephone** on **Monday, March 20, 2023 at 1 p.m**. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

**Please call in 5 minutes before the hearing starts.**

1. Toll free number:   (877) 873-8018
2. Access code: 6000190

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. If there are questions regarding the telephonic appearance, the parties should contact Courtroom Deputy Laura Thomson at Laura_Thomson@txwd.uscourts.gov.

All future pleadings should be filed with "SH" after the cause number, as reflected above.

**SIGNED** on March 7, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE