# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CARLOS A. RIVAS,<br>*Plaintiff*<br><br>v.<br><br>AUSTIN GELATO PARTNERS, LLC<br>AND MATTHEW MENZIES LEE,<br>*Defendants* | §<br>§<br>§<br>§ Case No. 1:21-CV-01099-SH<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On October 13, 2023, the parties notified the Court that they have "reached an agreement in principle to resolve this lawsuit" and "are in the process of finalizing and executing terms of settlement, and those terms call for actions to be completed on or before December 31, 2023." Dkt. 25 at 1. The parties also stated that they would file a status report by *January 5, 2024* notifying the Court if they were moving to dismiss or if they were proceeding with their claims. *Id.* The parties did not file a status report.

Accordingly, the Court **HEREBY ORDERS** the parties to (1) file a Status Report, or (2) Joint Motion to Dismiss and Proposed Final Judgment by **January 16, 2024**.

**SIGNED** on January 10, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE