# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| CARLOS A. RIVAS,<br>*Plaintiff* § § § | |
| v. § § | Case No. 1:22-CV-01099-SH |
| AUSTIN GELATO PARTNERS, LLC<br>AND MATTHEW MENZIES LEE,<br>*Defendants* § § § § | |

## FINAL JUDGMENT

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 27), filed January 11, 2024. The Parties have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Joint Stipulation of Dismissal with Prejudice and **ORDERS** that all claims that were brought or could have been brought in this cause are **DISMISSED** with prejudice. The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on January 12, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE